# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BORIS SHILIMAN V. L., | Case No. 26-cv-1092 (LMP/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; and RYAN SHEA, *Sheriff of Freeborn County*, | |
| Respondents. | |

Petitioner Boris Shiliman V. L. is a citizen of Ecuador who has resided in the United States since August 2023. ECF No. 1 ¶ 14. He has no criminal record and is not subject to a final order of removal. *Id.* ¶¶ 15–16.

Boris Shiliman V. L. was arrested by immigration officials on October 29, 2025, and remains in the custody of United States Immigration and Customs Enforcement. *Id.* ¶¶ 17–18. He asserts that Respondents (the "Government") have detained him pursuant to the mandatory detention provisions of 8 U.S.C. § 1225(b)(2). *See id.* ¶ 32. Boris Shiliman V. L. contends that he is not subject to detention under 8 U.S.C. § 1225(b)(2) but instead is subject to detention, if at all, under 8 U.S.C. § 1226(a), and that the Government has not presented a warrant that justifies his detention. *Id.* Boris Shiliman V. L. brings a verified

petition for a writ of habeas corpus, *see generally id.*, and a motion to show cause, ECF No. 2, and requests expedited handling of this matter.

This Court has concluded that the mandatory detention provisions of 8 U.S.C. § 1225(b)(2) do not apply to noncitizens similarly situated to Boris Shiliman V. L. *See Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at *4 (D. Minn. Dec. 9, 2025); *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074, at *2–3 (D. Minn. Dec. 19, 2025). This Court has further held that to the extent such noncitizens are detained pursuant to 8 U.S.C. § 1226(a), the Government must present an administrative warrant to justify their detention. *See Joaquin Q. L. v. Bondi*, No. 26-cv-233, 2026 WL 161333, at *2–3 (D. Minn. Jan. 21, 2026); *see also* 8 U.S.C. § 1226(a) (stating that a noncitizen "may be arrested and detained" pending removal "[o]n a warrant issued by the Attorney General"). Boris Shiliman V. L. raises the same legal issues and largely requests the same relief granted in those cases, namely: (1) an order requiring his immediate release from custody; or (2) an order requiring the Government to conduct a bond hearing. *See* ECF No. 1 at 14–15.

This Court will not depart from its reasoning in its prior decisions. Accordingly, **IT IS HEREBY ORDERED** that:

1. Boris Shiliman V. L.'s Emergency Motion for Order to Show Cause (ECF No. 2) is **GRANTED**;

2. The Government is directed to file an answer to Boris Shiliman V. L.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1 ("Petition")) on or before Monday, February 9, 2026, certifying the true cause and proper

duration of Boris Shiliman V. L.'s confinement and showing cause why the writ should not issue in this case;

3. The Government's answer must include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Boris Shiliman V. L.'s detention in light of the issues raised in his Petition;

   b. A reasoned memorandum of law and fact explaining the Government's legal position on Boris Shiliman V. L.'s claims;

   c. A good-faith argument as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Roberto M. F.*, *Victor Hugo D. P.*, and *Joaquin Q. L.*; and

   d. The Government's recommendation on whether an evidentiary hearing should be conducted;

4. If Boris Shiliman V. L. intends to file a reply to the Government's answer, he must do so on or before Wednesday, February 11, 2026;[1]

5. No further submissions from the parties will be permitted except as authorized by Court order; and

6. The Government is **ORDERED** not to move Boris Shiliman V. L. outside of the District of Minnesota during the pendency of these proceedings, so that

---

[1] The Court reserves the right to grant the Petition before Boris Shiliman V. L. files his reply brief if the Government's answer plainly demonstrates that Boris Shiliman V. L. is entitled to relief.

Boris Shiliman V. L. may consult with his counsel and participate in this litigation while the Court considers his Petition.

Dated: February 5, 2026  
Time: 8:29 p.m.

*s/Laura M. Provinzino*  
Laura M. Provinzino  
United States District Judge