# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BORIS SHILIMAN V. L., | Case No. 26-cv-1092 (LMP/JFD) |
| Petitioner, | |
| v. | **ORDER GRANTING HABEAS PETITION** |
| PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; and RYAN SHEA, *Sheriff of Freeborn County*, | |
| Respondents. | |

---

M. Boulette, **Minneapolis, MN**, for Petitioner.

Friedrich Siekert, **United States Attorney's Office, Minneapolis, MN**, for Respondents.

    Petitioner Boris Shiliman V. L. is a citizen of Ecuador who has resided in the United States since August 2023. ECF No. 1 ¶ 14. He has no criminal record and is not subject to a final order of removal. *Id.* ¶¶ 15–16.

    Boris Shiliman V. L. was arrested by immigration officials on October 29, 2025, and remains in the custody of United States Immigration and Customs Enforcement. *Id.* ¶¶ 17–

18. He asserts that Respondents (the "Government") have detained him pursuant to the mandatory detention provisions of 8 U.S.C. § 1225(b)(2). *See id.* ¶ 32. Boris Shiliman V. L. contends that he is not subject to detention under 8 U.S.C. § 1225(b)(2) but instead is subject to detention, if at all, under 8 U.S.C. § 1226(a), and that the Government has not presented a warrant that justifies his detention. *Id.* Boris Shiliman V. L. brings a verified petition for a writ of habeas corpus, *see generally id.*, and a motion to show cause, ECF No. 2, and requests expedited handling of this matter.

The Court ordered the Government to answer the petition no later than February 9, 2026. ECF No. 3. The Court noted that it has already found similarly situated noncitizens not to be subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and that such noncitizens are instead subject to the provisions of 8 U.S.C. § 1226(a). *See id*. at 2 (first citing *Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at *4 (D. Minn. Dec. 9, 2025); and then citing *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074, at *2–3 (D. Minn. Dec. 19, 2025)).

The Government timely responded and agrees with Boris Shiliman V. L. that his case is not legally or factually distinguishable from those this Court has already decided. ECF No. 6. Nevertheless, the Government "assert[s] all arguments raised by the government in [*Avila v. Bondi*, No. 25-3248 (8th Cir. docketed Nov. 10, 2025)] . . . and respectfully request that the Court preserve those arguments for any appeal in this case." *Id.* Given the Government's candid acknowledgement that the issues raised are not distinguishable from those addressed in this Court's prior decisions, the Court concludes that Boris Shiliman V. L. is not subject to the provisions of Section 1225(b)(2) and is

2

instead subject to the provisions of Section 1226(a) for the same reasons articulated in this Court's prior orders. *See, e.g.*, *Roberto M. F.*, 2025 WL 3524455, at *4; *Victor Hugo D. P.*, 2025 WL 3688074, at *2–3.

The Court has also concluded that if a petitioner is subject to the provisions of Section 1226(a), the Government must have issued the petitioner a warrant justifying the detention in the first place. *Joaquin Q. L. v. Bondi*, No. 26-cv-233 (LMP/DTS), 2026 WL 161333, at *2–3 (D. Minn. Jan. 21, 2026). If the Government does not do so, immediate release is the appropriate remedy. *Id.* Accordingly, because the Government does not assert any argument that it has provided Boris Shiliman V. L. with a warrant or advance any argument that Boris Shiliman V. L.'s detention is appropriate under Section 1226(a) without one, the Court will grant the petition and order Boris Shiliman V. L.'s immediate release.

## ORDER

Accordingly, based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Boris Shiliman V. L.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

a. Boris Shiliman V. L.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

b. The Government is **ORDERED** to release Boris Shiliman V. L. from custody by no later than 5:00 p.m. on Wednesday, February 11, 2026;

    c. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than 5:00 p.m. on Thursday, February 12, 2026.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 10, 2026            *s/Laura M. Provinzino*
                                             Laura M. Provinzino
                                             United States District Judge